

# IN THE
# TENTH COURT OF APPEALS

### No. 10-10-00181-CV

JAMES E. ALM,

                                         **Appellant**

 v.

JOYCE MOORE,

                                         **Appellee**

---

### From the 12th District Court
### Walker County, Texas
### Trial Court No. 24176

---

## MEMORANDUM  OPINION

---

Appellant James E. Alm filed a notice of appeal on May 10, 2010.

Appellant now seeks a dismissal of his appeal because he no longer wishes to pursue the appeal.

Accordingly, this appeal is dismissed.  TEX. R. APP. P. 42.1(a)(1).

                                     TOM GRAY
                                     Chief Justice

Before Chief Justice Gray,
       Justice Reyna, and
       Justice Davis
Appeal dismissed
Opinion delivered and filed May 26, 2010
[CV06]